# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America )
v. )
Tommy Jackson )

Case No: 1:99CR00059-019

USM No: 06042-028

Date of Original Judgment: 07/19/2000 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)*

None

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
*the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/13/2012

*LARRY J. McKINNEY, JUDGE*
United States District Court
Southern District of Indiana

Effective Date: _____ *
        *(if different from order date)*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.


A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk